UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-29-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EVERETT SHAKAR HARRY | ORDER TO SEAL |

On motion of the Defendant, Everett Shakar Harry, Jr, and for good cause shown, it is hereby ORDERED that the **[DE 44]** be sealed until further notice by this Court.

SO ORDERED. This 13 day of February 2017.

JAMES C. DEVER III
Chief United States District Judge