UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-29-1D

UNITED STATES OF AMERICA,        )
                                 )
            v.                   )        ORDER
                                 )
EVERETTE SHAKAR HARRY            )

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 47 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

SO ORDERED. This 13 day of February 2017.

JAMES C. DEVER III
Chief United States District Judge